UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

*In re: Genetically Modified Rice Litigation*          MDL No. 1811

**This document relates to:**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| **TOMMY SIMS, RANDALL KNIGHT AND K&S FARMS** | § § § § § § § § § | **PLAINTIFFS** |
| **VS.** | § § | **NO. 2:11 CV33 SWW** |
| **BAYER CROPSCIENCE, LP, BAYER CROPSCIENCE HOLDING, INC., BAYER CORPORATION, BAYER AG, BAYER BIOSCIENCE NV AND RICELAND FOODS, INC.** | § § § § § | **DEFENDANTS** |

## PLAINTIFFS' MOTION TO REMAND

Plaintiffs file their Motion to Remand pursuant to 28 U.S.C. § 1447, and move this Court for an order remanding this case to the Circuit Court of Woodruff County, Arkansas.

### A. PROCEDURAL AND FACTUAL BACKGROUND

1.   This case is one of many lawsuits filed by Arkansas rice farmers against Riceland Foods, Inc. ("Riceland"), an Arkansas corporation, and the Bayer Defendants in various state courts throughout Arkansas relating to the contamination of the U.S. rice industry with genetically modified rice.

2.      Bayer removed this action from Arkansas state court to the United States District Court for the Eastern District of Arkansas pursuant to 28 U.S.C. § 1332. Riceland has not joined in the removal.

3.      Plaintiffs hereby file their Motion to Remand and Brief in Support of Motion to Remand and argue that the Bayer Defendants' removal is improper. Specifically, removal in this case was improper pursuant to 28 U.S.C. § 1332, which provides that this Court does not have jurisdiction over Plaintiffs' claims without complete diversity of citizenship.

4.      The Bayer Defendants did not obtain consent for removal from all named Defendants, including Riceland Foods, Inc., and did not provide any explanation for lack of consent in the Bayer Defendants' Notice of Removal as is required by 28 U.S.C. § 1446(b).

5.      Judge Wilson and Judge Miller in the Eastern District of Arkansas as well as a federal court in the Eastern District of Missouri, have issued multiple Orders remanding cases such as Plaintiffs' against Riceland Foods, Inc. ("Riceland"), and the Bayer Defendants back to state court in Arkansas. Plaintiffs adopt those Orders as if fully set forth herein.

6.      In this removal, the Bayer Defendants improperly argue that diversity of citizenship exists because there is no reasonable basis in fact or law supporting a claim against Riceland because the statute of limitations ("SOL") expired for claims against Riceland. The Bayer Defendants' removal is frivolous and without merit.

7.      As explained more fully in "Plaintiffs' Brief in Support of Motion to Remand," complete diversity of citizenship does **not** exist because the SOL against Riceland has not expired and Riceland is **not** fraudulently joined. All of Plaintiffs in this cause of action are members of Riceland and have colorable claims against Riceland. Accordingly, this Court should remand this case back to Arkansas state court.

## B. CONCLUSION

8. Plaintiffs respectfully request the Court issue its Order granting Plaintiffs' Motion as soon as possible so that Plaintiffs can proceed accordingly and avoid further delay including this case being transferred to the multi-district litigation that is pending in St. Louis, Missouri.

9. Plaintiffs also respectfully request this Court award reasonable attorney's fees and expenses incurred by Plaintiffs in responding to this Notice of Removal and seeking remand pursuant to 28 U.S.C. § 1447(c).

10. Plaintiffs finally request this Court sanction Bayer pursuant to Fed. R. Civ. P. Rule 11, in an amount proportionate to their conduct and to deter repetition of Bayer's removals in similar cases in Arkansas as this has simply become a pattern and practice of the Bayer Defendants. Plaintiffs also request any further relief to which they may be entitled.

Respectfully submitted,

GOLDMAN, PENNEBAKER & PHIPPS, P.C.
One International Centre
100 N.E. Loop 410, Ste 1500
San Antonio, Arkansas 78217
Telephone:   (210) 340-9800
Telecopier:  (210) 340-9888
Email:       mphipps@gpplaw.com


BY:   /s/ Martin J. Phipps
MARTIN J. PHIPPS (Ark. Bar No. 2008108)
CLAYTON J. SMAISTRLA (Bar No. 24041936)

BANKS LAW FIRM, PLLC
100 Morgan Keegan Drive, Suite 100
Little Rock, AR 72202
Telephone:   (501) 280-0100
Telecopier:  (501) 280-0166
Email:       cbanks@bankslawfirm.us

BY:   /s/ Charles A. Banks
CHARLES A. BANKS (73004)

3

## CERTIFICATE OF SERVICE

    I, Martin J. Phipps, hereby certify that on March 11, 2011, I electronically filed the foregoing document with the Clerk of Court to be served by operation of the Court's CM/ECF upon the parties of record.

                                    BY:   /s/ Martin J. Phipps
                                                  MARTIN J. PHIPPS